NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICROSOFT CORPORATION,**
*Plaintiff-Appellee,*

**v.**

**DATATERN, INC.,**
*Defendant-Appellant.*

---

2013–1184

---

Appeal from the United States District Court for the Southern District of New York in No. 11–CV–2365, Judge Katherine B. Forrest.

- - - - - - - - - - - - - - - - - - - - - - - -

**SAP AG, AND SAP AMERICA, INC.,**
*Plaintiffs-Appellees,*

**v.**

**DATATERN, INC.,**
*Defendant-Appellant.*

---

2013–1185

---

Appeal from the United States District Court for the Southern District of New York in No. 11–CV–2648, Judge Katherine B. Forrest.

---

**SUA SPONTE**

---

Before PROST and MOORE, *Circuit Judges.*[1]

MOORE, *Circuit Judge.*

### O R D E R

The original panel opinion decided on April 4, 2014 in the above-identified appeals is hereby vacated. A new decision is forthcoming and the time for rehearing petitions will begin anew. No additional briefing or argument is necessary at this time.

FOR THE COURT

  May 5, 2014  
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

---

[1] Chief Judge Rader is recused and takes no part in this order.